IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>DONALD RAY COWAN,<br><br>*Defendant.* | SEALED<br>Case No. **CR 21-346-RAW** |

FILED
OCT 27 2021
PATRICK KEANEY
Clerk, U.S. District Court
By_____ Deputy Clerk

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

### DISTRIBUTION OF METHAMPHETAMINE
[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)]

On or about December 10, 2020, in the Eastern District of Oklahoma, the defendant, **DONALD RAY COWAN**, did knowingly and intentionally distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT TWO

### DISTRIBUTION OF METHAMPHETAMINE
[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B)]

On or about October 21, 2020, in the Eastern District of Oklahoma, the defendant, **DONALD RAY COWAN**, did knowingly and intentionally distribute 5 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT THREE

### DISTRIBUTION OF METHAMPHETAMINE
### [21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B)]

On or about October 9, 2020, in the Eastern District of Oklahoma, the defendant, **DONALD RAY COWAN**, did knowingly and intentionally distribute 5 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

A TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY

CHRISTOPHER J. WILSON
Acting United States Attorney

PATRICK M. FLANIGAN, FLBA # 47703
Assistant United States Attorney